No. 90–8487. NEWMAN v. UNITED STATES; and
No. 91–5283. NEWMAN v. UNITED STATES. C. A. 6th Cir.
Certiorari denied.

No. 90–8488. McKENZIE ET AL. v. UNITED STATES. C. A. 7th
Cir. Certiorari denied.

No. 90–8489. MIDDLETON v. SOUTH CAROLINA. Ct. Common
Pleas, Charleston County, S. C. Certiorari denied.

No. 90–8490. BARELA v. MUNIZ. C. A. 10th Cir. Certiorari
denied.

No. 90–8491. MOORE v. UNITED STATES. C. A. 6th Cir. Cer-
tiorari denied.

No. 90–8492. LOERA v. UNITED STATES. C. A. 9th Cir. Cer-
tiorari denied.

No. 90–8493. NIXON v. FLORIDA. Sup. Ct. Fla. Certiorari
denied.

No. 90–8494. McMEANS v. TOWNSHIP OF WATERFORD ET AL.
C. A. 3d Cir. Certiorari denied.

No. 90–8496. HARRINGTON v. UNITED STATES. C. A. 9th Cir.
Certiorari denied.

No. 90–8497. JIMENEZ v. UNITED STATES. C. A. 10th Cir.
Certiorari denied.

No. 90–8499. LONEDOG v. UNITED STATES. C. A. 10th Cir.
Certiorari denied.

No. 90–8500. BRANCOVEANU v. BRANCOVEANU. App. Div.,
Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 90–8501. GIBSON v. NIX, WARDEN, ET AL. C. A. 8th Cir.
Certiorari denied.

No. 90–8503. GARTRELL v. UNITED STATES. C. A. 4th Cir.
Certiorari denied.

No. 90–8504. DUGAN v. OHIO. Ct. App. Ohio, Wayne County.
Certiorari denied.